IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD RICHARD CREIGHTON,
2.  DAVID LEE JASTREMSKI, JR.,
3.  BRENT ALLEN SPRAGUE,
4.  CASSANDRA L. GRASSE,
5.  SHAWNA LEANNE JONES,
6.  MELISSA BOWERY,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Motions hearing (1 day) will be held **July 5, 2007, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    Jury trial (1 week) will begin **July 17, 2007, at 8:30 a.m.**

Dated:  February 26, 2007

                                        s/ Jane Trexler, Judicial Assistant