IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  DAVID LEE JASTREMSKI, JR.,

    Defendant.

_____

## ORDER
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.  The trial date as to this defendant is vacated.  Counsel shall contact chambers within ten days to set a change of plea hearing.

    DATED at Denver, Colorado, on August 6, 2007

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL