# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     DAVID LEE JASTREMSKI, JR.,

    Defendant.

---

## ORDER GRANTING MOTION FOR VOLUNTARY SURRENDER

---

Before the Court is the Defendant's Motion Requesting Voluntary [Surrender] in Advance of Change of Plea Hearing ("Motion") [filed January 14, 2008; doc #204]. Having considered the Motion, IT IS HEREBY ORDERED that the Motion is **granted**.

Dated at Denver, Colorado, this 23rd day of January, 2008.

                BY THE COURT:


                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge