# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 13, 2008 |
| Court Reporter: Janet Coppock | Time: 28 minutes |
| Probation Officer: Kurt Thoene | Interpreter: n/a |

**CASE NO. 06-CR-00372-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| Plaintiff, | |
| vs. | |
| **DAVID LEE JASTREMSKI, JR.** | Martin Stuart |
| Defendant. | |

# SENTENCING

**1:57 p.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
06-CR-00372-WDM
June 13, 2008

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Mackey in support of Government's Motion for Downward Departure.

Mr. Stuart addresses sentencing.

Deborah Gold addresses the Court.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure (Doc #252), filed 5/28/08 is **GRANTED.**

Defendant entered his plea on **January 24, 2008** to counts **1, 5, 6, and 7 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:** 17
**CRIMINAL HISTORY CATEGORY:** II

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | | |
| Counts 1, 5, 6, 7 | 27 to 33 months | 27 months All counts concurrent (§5K1.1 Motion not yet filed) |
| **Supervised Release** | | |
| Counts 1, 5, 6, 7 | 2 to 3 years | 3 years All counts concurrent |
| **Probation** | | |
| Counts 1, 5, 6, 7 | Ineligible | None |

> **Fine**
> Counts 1, 5, 6 7            $5,000 to $50,000            None
>
> **Special Assessment**
> Counts 1, 5, 6, 7            $100 on each count       $400 (total)
>
> **Restitution**
> The Mandatory Victim Restitution Act of 1996 applies and the Court must order full restitution pursuant to 18 U.S. C. 3663A. Restitution in the instant case totals **$4,555.43.**
>
> **Community Service**
> Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **20** months, as to Counts 1, 5, 6, and 7, to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years, as to Counts 1, 5, 6, and 7, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Four
06-CR-00372-WDM
June 13, 2008

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) If not already done, defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the entire time of supervised release. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$400.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows: Payable to Clerk, United States District Court, 901 19th Street, Denver, CO 80247.

    **$ 4,555.43**   to    **Victims listed in the Presentence Investigation Report.**

Restitution in the amount of **$126.47** is ordered jointly and severally with co-defendant Melissa Bowery to victim Kathryn West. Payments shall be divided on a pro rata basis among the victims. The Court has determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

Page Five
06-CR-00372-WDM
June 13, 2008

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts **2, 3, 8, 13, 14 and 15** of the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:25 p.m.** **COURT IN RECESS**

**Total in court time:** 28 minutes

**Hearing concluded**