IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00372-WDM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    DAVID LEE JASTREMSKI, JR.,

    Defendant.

**ORDER**

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts Two, Three, Eight, Thirteen, Fourteen and Fifteen of the Indictment in the above-captioned case are dismissed.

Dated this 13 day of May, 2008.

BY THE COURT:

Judge Walker D. Miller
United States District Court
District of Colorado